IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAMI HARRISON and JERRY HARRISON, JR., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| HOLMAN CORRECTIONAL FACILITY and DEPT. OF CORRECTIONS, | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 16-0426-CG-N

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE and ORDERED** this 18th day of October, 2016.

/s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE