IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAMI HARRISON and JERRY HARRISON, JR., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| HOLMAN CORRECTIONAL FACILITY and DEPT. OF CORRECTIONS, | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 16-0426-CG-N

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 18th day of October, 2016.

/s/   Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE